- 1 -

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| RESORT CONDOMINIUMS INTERNATIONAL, LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>BETHEL COMMODORE CORP.; GIRI BANGOR, LLC; ALLEN CONNORS; MISSY RASOR a/k/a MARY ELIZABETH HANTZ; KERRY RASOR a/k/a KATHRYN E. RASOR; KATHY RASOR a/k/a KATHLEEN RASOR,<br><br>                Defendants. | Civil Action No. 2:23-cv-00403-JAW<br><br>Hon. John A. Woodcock, U.S.D.J.<br><br>Hon. Karen F. Wolf, U.S.M.J. |

### JOINT LIMITED OBJECTION OF ALL PARTIES TO THE PROPOSED SCHEDULING ORDER; DISCOVERY PLAN

Pursuant to the Court's Proposed Scheduling Order dated January 23, 2024, all Parties in this matter conferred pursuant to Fed.R.Civ.P. 26(f) on February 1, 2024, and respectfully submit this (1) joint limited objection to the proposed discovery order and (2) discovery plan as follows:

1.     This case involves multiple parties, including several parties residing or with a principal place of business outside of Maine.

2.     The Parties anticipate the need to coordinate and engage in discovery involving a number of depositions taken telephonically or by video conference.

3.     The Parties further anticipate the need to meet and confer on a Confidentiality Order in the form set forth in Appendix II to the Local Rules prior to exchanging documents.

4.     The Parties agree to confer as to the appropriate form of document production; which will depend on the anticipated production volume.

5. Under the circumstances of this multi-party, diversity jurisdiction matter, the Parties respectfully submit that the proposed discovery deadlines and deposition limitation may constrain the Parties' ability to engage in necessary discovery within the proposed deadlines.

6. In light of the foregoing, all Parties seek an extension of at least sixty (60) days to all deadlines after the Deadline for Initial Disclosure on February 20, 2024, as more thoroughly outlined below.

7. For the same reasons, all Parties request an additional three (3) permissible depositions per side bringing the total number of depositions to eight (8) per side.

WHEREFORE, the Parties respectfully request that this Court amend the proposed Scheduling Order pursuant to the Parties proposed discovery plan as follows:

    i. <u>Track Assignment</u>:

        a. <u>Depositions</u>: Permit eight (8) depositions per side.

    ii. Plaintiff(s) shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them provide a complete statement of all opinions to be expressed and the basis and reasons therefor by: **June 10, 2024**

    iii. Defendant(s) shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them provide a complete statement of all opinions to be expressed and the basis and reasons therefor by: **July 15, 2024**

    iv. Deadline to Complete Discovery: **August 12, 2024**

    v. Deadline to File Notice of Intent to file Motion for Summary Judgement and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h): **August 14, 2024**

vi. Deadline for Filing All Dispositive Motions and All Daubert and Kumho Motions Challenging Expert Witnesses with Supporting Memoranda: **September 20, 2024**

vii. Expected Trial Date: This case shall be ready for trial by **November 4, 2024**

viii. Further Matters in Aid of Disposition: The plaintiff(s) shall make a written settlement demand upon the defendant(s) by **July 29, 2024**. The defendant(s) shall respond in writing by **August 12, 2024.**

Respectfully Submitted this 9th day of February, 2024 by:

**K&L GATES LLP**
 /s/ Steven P. Wright
Steven P. Wright, Esq. (ME BBO #009473)
1 Congress Street, Ste. 2900
Boston, MA 02114
Tel: (617) 261-3164
Steven.wright@klgates.com
Benjamin I. Rubinstein, Esq.
(pro hac vice application forthcoming)
One Newark Center, 10th Fl.
Newark, NJ 07102
Tel: (973) 848-4000
 benjamin.rubinstein@klgates.com
*Attorneys for RCI International, LLC*

**CURTIS THAXTER LLC**
 /s/ Robert Papazian
Robert Papazian, Esq.
Sidney St.F. Thaxter, Esq.
One Canal Plaza, Ste. 1000
P.O. Box 7320
Portland, ME 04112
Tel: (207) 774-9000
rpapazian@curtisthaxter.com
sthaxter@curtisthaxter.com
*Attorneys for Bethel Commodore Corp.*
 *Missy Rasor, Kerry Rasor, and Kathy Rasor*

**NORMAN, HANSON & DETROY**

 /s/ Bradford A. Pattershall
Paul F. Driscoll, Esq.
Bradford A. Pattershall, Esq.
Two Canal Plaza, P.O. Box 4600
Portland, ME 04112
Tel: (207) 774-7000
pdriscoll@nhdlaw.com
bpattershall@nhdlaw.com
*Attorneys for Allen Connors*

**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
 /s/ Adam Shub
Adam Shub, Esq.
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207) 791-3000
ashub@preti.com
*Attorneys for Giri Bangor, LLC*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that, pursuant to Federal Rule of Civil Procedure 5 and District Court Local Rule 5(c), I have served on this day the above Joint Limited Objection and this Certificate of Service upon each of the parties listed on the Notice of Electronic Filing via the Court's Administrative Procedures Governing the Filing and Service by Electronic Means.

                                                <u>/s/ Steven P. Wright</u>
                                                Steven P. Wright