UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RESORT CONDOMINIUMS INTERNATIONAL, LLC, *Plaintiff,* v. BETHEL COMMODORE CORP., et al., *Defendants.* | Case No. 2:23-CV-00403-JAW |

**THIRD JOINT CONSENT MOTION TO
EXTEND TIME PERIOD FOR DEFENDANTS
TO FILE OBJECTION TO DEFENDANT GIRI BANGOR, LLC'S
MOTION TO DISMISS CROSSCLAIMS (Doc. No. 32)**

Pursuant to Rules 6(b)(1)(A) and 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Defendants The Bethel Commodore Corporation, Kathryn E. Rasor, Mary E. Rasor, Kathleen B. Rasor, the Estate of Richard Drew Rasor, and Allen Connors (collectively "Defendants"), by and through undersigned counsel, jointly move this Court to enlarge and extend the time period of Local Rule 7(b) for a period of fourteen days to allow Defendants to file their written memorandum of law in opposition to the Motion to Dismiss Crossclaims, Document 32 (the "Motion") filed by Defendant Giri Bangor, LLC ("Giri"), and state as follows:

1. This is the Defendants' third motion for an enlargement of the Local Rule 7(b) time period to file their objections to the Motion. The present deadline for Defendants to file written objections to the Motion is April 12, 2024. *See* Order (Mar. 21, 2024) (Document 40).[1]

2. Since first requesting an extension of the deadline to object to the Motion, Defendants, Giri, and Plaintiff have been in discussions to settle all pending claims in this action,

---

[1] The first enlargement of the Rule 7 time period was granted by Order on February 23, 2024. *See* Document 38.

1

and an agreement has been reached in principle. Because of this agreement in principle, Defendants have twice agreed to an extension of time for Plaintiff to respond to their discovery requests.

3. Based on representations by Plaintiff, and in discussions with Giri's counsel, it is anticipated that the details of the global resolution will be finalized within the 14-day period for which Defendants seek an extension.

4. Counsel for Giri consents to this motion seeking an enlargement of the Local Rule 7(b) time period to April 26, 2024.

5. Plaintiff's counsel has not been consulted about this request for enlargement of time.

6. Undersigned counsel represents that this motion is made in good faith, not for the purposes of delay, and with the goal of saving Defendants and Giri additional attorney's fees.

WHEREFORE, Defendants The Bethel Commodore Corporation, Kathryn E. Rasor, Mary E. Rasor, Kathleen B. Rasor, the Estate of Richard D. Rasor, and Allen Connors respectfully request that the Court grant this Third Motion and enlarge and extend the Local Rule 7(b) time period for Defendants to object to the Motion to April 26, 2024.

Dated: April 11, 2024

/s/ Robert J. Papazian
Sidney St. F. Thaxter
Robert J. Papazian
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000/P.O. Box 7320
Portland, Maine 04112-7320
(207) 774-9000
sthaxter@curtisthaxter.com
rpapazian@curtisthaxter.com

*Attorneys for Defendants
The Bethel Commodore Corporation, the
Estate of Richard D. Rasor,
Kathryn E. Rasor, Mary E. Rasor, and
Kathleen B. Rasor*

/s/ Bradford A. Pattershall
Bradford A. Pattershall
Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600
207.774.7000
bpattershall@nhdlaw.com

*Attorney for Defendant Allen Connors*